# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:09-cv-00612 (JMR/AJB)

| | |
|---|---|
| Samuel Edeh,<br><br>              Plaintiff,<br>v.<br><br>AIS Services, LLC,<br><br>              Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE filed by Plaintiff herein, this Court hereby orders that the Plaintiff's Complaint against the Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  May 26, 2009               s/James M. Rosenbaum
                                   HON. JUDGE James M. Rosenbaum
                                   United States District Court